1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alissa Bodie, | No. CV-16-01664-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Brown Olcott PLLC, | |
| Defendant. | |

The Court having been notified that this matter has settled in its entirety (Doc. 12),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **October 10, 2016**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating the Rule 16 Scheduling Conference set for September 16, 2016 at 11:00 AM.

Dated this 10th day of August, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge