# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alissa Bodie,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Brown Olcott PLLC,<br><br>　　　　　Defendant. | No. CV-16-01664-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' stipulation to extend the date in which this case will be dismissed and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 14) is **GRANTED**. This action will be dismissed with prejudice by the Clerk's Office without further notice on **November 18, 2016**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

Dated this 23rd day of September, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge